[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
AUGUST 9, 2011
JOHN LEY
CLERK

No. 10-12281
Non-Argument Calendar
_____

D.C. Docket No. 4:09-cr-00013-CDL-GMF-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

RANDOLPH LAWRENCE,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Georgia

_____

(August 9, 2011)

Before CARNES, BARKETT and KRAVITCH, Circuit Judges

PER CURIAM:

William J. Mason, appointed counsel for Randolph Lawrence in this direct

criminal appeal, has moved to withdraw from further representation of the

appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct.

1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Lawrence's conviction and sentence are **AFFIRMED**.